UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAMEDULA, #24627 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD DIXON, *et al.*, )<br>)<br>Defendants. )<br> / | 3:10-cv-00749-ECR-VPC<br><br>**ORDER** |

On February 3, 2011, this court dismissed plaintiff's complaint and granted him leave to file an amended complaint (docket #3). On February 22, 2011, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (docket #6). His appeal was dismissed for lack of jurisdiction on March 16, 2011 (docket #10). Accordingly, plaintiff has thirty (30) days from the date of entry of this Order to file his amended complaint, if he chooses to file one, in conformance with this court's Order of February 3, 2011.

**IT IS THEREFORE ORDERED** that plaintiff has thirty days (30) from the date of this Order to file his amended complaint, if he chooses to file one, in conformance with this court's Screening Order of February 3, 2011 (docket #3).

1    **IT IS FURTHER ORDERED** that plaintiff is expressly warned that failure to file an
2 amended complaint will result in the dismissal of this entire action.
3    **IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed *in forma*
4 *pauperis* on appeal (docket #8) is **DENIED** as moot.



DATED this 22nd day of March 2011.

*Edward C. Reed.*
UNITED STATES MAGISTRATE JUDGE