UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAMEDULA, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-00749-ECR-VPC |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| TODD DIXON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On February 3, 2011, the court dismissed plaintiff's complaint with leave to file an amended complaint (docket #3). Plaintiff filed an "objection" to the Screening Order (docket #5), which this court denied (see docket #11). After plaintiff's appeal to the Ninth Circuit Court of Appeals was dismissed for lack of jurisdiction (see docket #10), on April 6, 2011, this court directed plaintiff to file his amended complaint within thirty (30) days (docket #11).

More than the allotted time has elapsed, and plaintiff has not filed an amended complaint. Plaintiff has, however, filed a document that he entitled motion for judgment on civil rights complaint (docket #17). In his motion, plaintiff indicates that he will not file an amended complaint and asks this court, with no elaboration as to the legal basis, for judgment on his civil rights complaint. Plaintiff's motion is meritless and must be denied. Moreover, plaintiff has been expressly warned in previous

orders that failure to file an amended complaint would result in the dismissal of this action. Accordingly, this action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's motion for judgment on civil rights complaint (docket #17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 24th day of May 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE