AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF___NEVADA___

BRIAN KAMEDULA,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER: **3:10-cv-00749-ECR-VPC**

TODD DIXON, et al.,

        Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

   5/24/2011                                        **LANCE S. WILSON**
                                           Clerk

                                   /s/ P. McDonald
                                   Deputy Clerk