UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAMEDULA, | ) |
| | ) |
| Plaintiff, | )   3:10-cv-00749-ECR-VPC |
| vs. | ) |
| TODD DIXON, *et al.*, | ) |
| Defendants. | ) |

      This is a prisoner action brought pursuant to 42 U.S.C. § 1983.  On May 24, 2011, this court dismissed this action for failure to state a claim for which relief may be granted (docket #19), and judgment was entered (docket #20).  Plaintiff filed a notice of appeal on May 31, 2011 (docket #6).

      On June 7, 2011, the Ninth Circuit Court of Appeals referred this matter to this court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith (docket #24).  Accordingly, this court certifies that any *in forma pauperis* appeal from its Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not be frivolous).

**IT IS THEREFORE ORDERED** that this court **CERTIFIES** that any *in forma pauperis* appeal from its Order dated May 24, 2011 (docket #19) would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

DATED this 8th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE